UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
DIANA DESSOURCES,                                                   :   Index No. 12-CV-8105 (PKC)
                                                                    :   **ECF CASE**
                                    Plaintiff,                      :
                                                                    :
            - against -                                             :   **NOTICE OF APPEARANCE**
                                                                    :
AMERICAN CONFERENCE INSTITUTE, KENNETH                              :
HORTON, individually, and JOHN DOES 1-10, and ABC                   :
CORPS. 1-10, fictitious names for persons or entities whose         :
present roles and identities are unknown,                           :
                                                                    :
                                    Defendants.                     :
------------------------------------------------------------------- X

TO THE CLERK OF THE COURT:

    I, Richard C. Schoenstein, of Satterlee Stephens Burke & Burke LLP, hereby appear as attorney for Defendants American Conference Institute and Kenneth Horton in this proceeding and request that you provide, in addition to those notifications already in place, electronic notification of filings in this case to me at rschoenstein@ssbb.com.

Dated: New York, New York
    November 20, 2012

                SATTERLEE STEPHENS BURKE
                  & BURKE LLP

                By: /s/ Richard C. Schoenstein
                 Richard C. Schoenstein
                 230 Park Avenue
                 New York, NY  10169
                 (212) 404-8707
                 rschoenstein@ssbb.com

                *Attorneys for Defendants*
                *American Conference Institute and*
                *Kenneth Horton*

1112862_1