UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT MORALES,

        Petitioner,

v.

UNITED STATES OF AMERICA,

        Respondent.

**ORDER**

Nos. 12 Civ. 8105 (LBS),
07 Crim. 174 (LBS)

---

SAND, J.

    On March 12, 2012, we ordered Robert Culp to represent Petitioner. *See United States v. Morales*, No. 07 Crim. 174 (S.D.N.Y. Mar. 12, 2012), ECF No. 27. Since that order, Petitioner has moved this Court pursuant to 28 U.S.C. § 2255. *See Morales v. United States*, No. 12 Civ. 8015 (S.D.N.Y. Apr. 24, 2012), ECF No. 1. In accordance with Rule 4 of the Rules Governing Section 2255 Cases in the United States Court, 28 U.S.C. following § 2255, I have considered the motion preliminarily and have concluded that it raises issues that require a response. Additionally, Petitioner has moved this Court for a reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2). *See United States v. Morales*, No. 07 Crim. 174 (S.D.N.Y. Nov. 7, 2012), ECF No. 30. I therefore direct that Respondent file an Answer to both motions within (45) forty-five days of the date of this Order.

    Petitioner is hereby granted fourteen (14) days from the date on which Respondent's Answer is electronically docketed to file a response.

    The motion will be considered fully submitted as of that date.

SO ORDERED.

Dated: _____, 2012
       New York, NY

                                            _____
                                                  U.S.D.J.